# United States Court of Appeals
## For the First Circuit

---

No. 15-2239

BARBARA NEWMAN

Plaintiff - Appellant

v.

LEHMAN BROTHERS HOLDINGS INC., GROUP BENEFITS PLAN; NEUBERGER BERMAN LLC, C/O Registered Agent - Corporation Service Company; NEUBERGER BERMAN MANAGEMENT, INC., C/O Registered Agent - CT Corporation; NEUBERGER BERMAN HOLDINGS, LLC; NEUBERGER BERMAN GROUP, LLC, C/O William Fox, Neuberger Berman Board of Directors; NEUBERGER BERMAN INC.; NEUBERGER BERMAN MANAGEMENT, LLC

Defendants - Appellees

LEHMAN BROTHERS, INC.; LB HERCULES HOLDINGS, LLC; DOES 1-10; METROPOLITAN LIFE INSURANCE COMPANY, Boston Office; METROPOLITAN LIFE INSURANCE COMPANY, New York Office; LEHMAN BROTHERS SHORT TERM DISABILITY PLAN; LEHMAN BROTHERS LONG TERM DISABILITY PLAN; LEHMAN BROTHERS SUPPLEMENTAL INSURANCE CONTRIBUTORY LTD PLAN; LEHMAN BROTHERS GROUP LIFE INSURANCE PLAN; WENDY UVINO, Chairperson, Employee Benefits Plans/Plan Administrator Lehman Brothers Holdings, Inc. Group Benefits Plans; CAROL RADO, on behalf of Alvarez & Marsal, Chairperson, Employee Benefits Plans/Plan Administrator Lehman Brothers Holdings, Inc. Group Benefits Plan; KAREN COVIELLO, Acting Plan Administrator, Lehman Brothers Holdings Inc., Group Benefits Plans; GEORGE WALKER, IV, Global Head of Investment Management Division, Lehman Brothers Inc.; ANDREW KOMAROFF, Co-Head, Dyal Capital Partners LP, Neuberger Berman Group LLC; JOSEPH V. AMATO, President, Chief Investment Officer, Neuberger Berman Group LLC; GEORGE WALKER, Chairman, Neuberger Berman LLC, Chief Executive Officer and Chairman, Neuberger Berman Group LLC; WILLIAM FOX, Neuberger Berman Board of Directors; IAN LOWITT, Co-Chief Administrative Officer, Chief Financial Officer, Lehman Brothers Inc.; RICHARD S. FULD, JR., Chairman and Chief Executive Officer, Lehman Brothers Inc.; SCOTT FREIDHEIM; ERIN CALLAN; FOX J. WILLIAM, Chief Financial Officer and Executive Vice President, Global CFO, LBHI, Board of Directors, Neuberger Berman, Neuberger Berman Management Inc., Lehman Brothers, Inc.; JAMES W. GIDDENS, Trustee for Liquidation of the Business of LBI; THOMAS A, RUSSO, Vice Chairman and Chief Legal Officer, Lehman Brothers Holdings Inc., as Plan Administrator; LEHMAN BROTHERS HOLDINGS, INC., Plan Trust;

Defendants

Before

Howard, Chief Judge,
Torruella, Lynch, Thompson,
Kayatta and Barron,

Circuit Judges.

**ORDER OF COURT**

Entered: October 19, 2018

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jason P. Steed
William D. Pandolph
David William Robinson
David Barry Madoff